T.C. Memo. 2013-137

UNITED STATES TAX COURT

BENJAMIN J. ASHMORE, Petitioner v.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 1146-12.                                    Filed May 30, 2013.

This opinion was withdrawn by order dated July 2, 2013, and replaced by

T.C. Memo. 2016-36, filed March 2, 2016.